FILED15 JUN'11 15:42USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KIMBERLY DEINLEIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civ. No. 10-118-HU<br><br>OPINION AND ORDER |

REDDEN, Judge:

On May 6, 2011, Magistrate Judge Dennis Hubel filed his Findings and Recommendation (doc. 20) that the court reverse the decision of the Commissioner of Social Security and remand for further development of the record and reconsideration by an Administrative Law Judge ("ALJ").

The matter is now before this court. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b).

PAGE 1 - OPINION AND ORDER

Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Hubel's factual findings de novo. 28 U.S.C. § 636(b)(1)(C); see also Thomas v. Arn, 474 U.S. 140, 149-50 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (doc. 20) as my own opinion. I REVERSE the decision of the Commissioner and REMAND this matter for further development of the record and reconsideration by the ALJ.

IT IS SO ORDERED.

DATED this __15__ day of June, 2011.

/s/ James A. Redden
James A. Redden
United States District Judge

PAGE 2 - OPINION AND ORDER