IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY J. DEINLEIN,                    3:10-CV-00118-HU

           Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

          Defendants.

BROWN, Judge.

    Magistrate Judge Dennis James Hubel issued Findings and
Recommendation (#28) on June 5, 2012, in which he recommends this
Court grant Plaintiff's Unopposed Motion (#24) for Attorney Fees
under 42 U.S.C. 406(b) and award Plaintiff's counsel $3,825.00 in
attorneys' fees.  The matter is now before this Court pursuant to
28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure
72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#28), **GRANTS** Plaintiff's Unopposed Motion (#24) for Attorney Fees pursuant to 42 U.S.C. § 406(b), and **AWARDS** Plaintiff's counsel **$3,825.00** in attorneys' fees.

IT IS SO ORDERED.

DATED this 10th day of July, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge