IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KIMBERLY J. DEINLEIN,**                    3:10-CV-00118-HU

        **Plaintiff,**                    ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendants.**

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#28) on June 5, 2012, in which he recommends this Court grant Plaintiff's Unopposed Motion (#24) for Attorney Fees under 42 U.S.C. 406(b) and award Plaintiff's counsel $3,825.00 in attorneys' fees. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#28), **GRANTS** Plaintiff's Unopposed Motion (#24) for Attorney Fees pursuant to 42 U.S.C. § 406(b), and **AWARDS** Plaintiff's counsel **$3,825.00** in attorneys' fees.

IT IS SO ORDERED.

DATED this 10th day of July, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER